UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

WALTER JOHNSON,

                Petitioner,

    -against-

UNITED STATES OF AMERICA

                Respondent.

------------------------------------------------------------x

**ORDER**
Case No. 00-CV-3142 (FB)

*Appearances:*
*For the Petitioner:*
WALTER JOHNSON, *Pro Se*
#47510-053
United States Prison Lee County
P.O. Box 305
Jonesville, VA 24263-0305

*For the Respondent:*
KELLY ANNE MOORE, ESQ.
United States Attorney
Eastern District of New York
147 Pierrepont Street
Brooklyn, NY 11201

**BLOCK, District Judge:**

        On July 19, 2006, the Court denied Petitioner Walter Johnson's ("Johnson") motion

for reconsideration of the Court's denial of his § 2255 motion. The Court also directed Johnson to

inform the Court, in writing and within thirty (30) days, if he wished the Court to forward his motion

to the Second Circuit. On August 21, 2006, Johnson notified the Court that he did not wish to have

his motion forwarded to the Second Circuit. Accordingly, the Clerk is directed to close the case.

        **SO ORDERED.**

                            FREDERIC BLOCK
                            United States District Judge

Dated: Brooklyn, New York
          August 28, 2006